ELECTRONICALLY FILED
2017 Nov 06 PM 3:17
CLERK OF THE BARTON COUNTY DISTRICT COURT
CASE NUMBER: 2017-CV-000111

Law Offices of
THOMAS J. BERSCHEIDT
2107 Forest – P. O. Box 550
Great Bend, Kansas   67530
(620) 792-7777
tomot@ruraltel.net

IN THE DISTRICT COURT OF BARTON COUNTY, KANSAS

| | | |
|---|---|---|
| DOROTHY B. KEENAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2017- |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PETITION
(Pursuant to K.S.A. Chapter 60)

The Plaintiff, through her attorney, Tom Berscheidt, states the following cause of action against the defendant:

1. Plaintiff is a resident of Great Bend, Barton County, Kansas.

2. Defendant is a life insurance company doing business in the State of Kansas.

3. That service of process on the defendant may be completed through the Commission of Insurance for the State of Kansas, 420 S.W. 9th Street, Topeka, Kansas 66612-1678.

4. That on July 1, 2003, plaintiff purchased from the defendant a Long Term Care Insurance Plan, policy number 94444-G which provided benefits of $120.00 per day to be paid to an assisted living facility if plaintiff became "chronically ill" as stated in section two, Benefits Eligibility of the aforementioned policy.

Dorothy Keenan
PETITION

5. Plaintiff's request for Long Term Care Insurance benefits was denied by the Defendant on or about August 10, 2016.

6. Between August 16, 2016 and July, 2017, plaintiff's medical condition has deteriorated as noted by her treating physician, Dr. Jean Pringle.

7. Defendant was notified on September 5, 2017 of Dr. Pringle's latest medical report again requesting benefits under the aforementioned policy.

8. That the Eligibility section of the aforementioned policy, specifically the definition of "Chronically Ill" is contrary to the intention of the parties as judged by a reasonably prudent insured and it is ambiguous.

9. Upon review of the facts and the applicable law in the State of Kansas, the Court should determine when the monthly benefits would apply. As of the date of this Petition, Defendant would owe a minimum of 84 days at $120.00 a day or $10,080.00. Plaintiff is entitled to judgment against the Defendant for said amount as well as future daily benefits.

10. Plaintiff is entitled to recover prejudgment interest on the unpaid balance along with attorney's fees and the costs of this action.

WHEREFORE, for the reasons stated, Plaintiff prays that she recover the benefits for which she is eligible under the terms of the policy issued by the defendant; for prejudgment interest; for attorney's fees; the costs of this action; and, for such other relief as the Court deems just and equitable.

Dorothy Keenan
PETITION

THOMAS J. BERSCHEIDT

By__Thomas J. Berscheidt_____
   Tom Berscheidt        #6663
    Counsel for Plaintiff

### DEMAND FOR JURY TRIAL

Comes now the plaintiff, Dorothy Keenan, and request this matter be tried to a jury of twelve persons.

THOMAS J. BERSCHEIDT

By__Thomas J. Berscheidt_____
   Tom Berscheidt        #6663
   2107 Forest – P. O. Box 550
  Great Bend, Kansas   67530
  (620) 792-7777
   tomot@ruraltel.net
       Counsel for Plaintiff

3